UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

PEGGY ANN GALLANDT,

Debtors.

_____/

Chapter 13
Case No. 19-03789-swd
Honorable Scott W. Dales
Filed: September 5, 2019

**FIRST POST-CONFIRMATION AMENDMENT**
**TO CHAPTER 13 PLAN**

The Debtor, Peggy Ann Gallandt, by and through her attorney, Kimberly L. Savage, hereby makes the following changes to the previously-filed Chapter 13 plan:

1. Paragraph III.A.3. is amended, as follows:

   3. Attorney fees exclusive of costs and expenses: An initial fee of $2,500.00 less fees paid of $150.00, leaving a fee balance in the amount of $2,350.00 to be paid by the Trustee pursuant to the priorities set forth in paragraph IV.H of the Plan, unless otherwise marked below:

      a. (X) Attorney fees shall be paid at the rate of $250.00 per month until paid in full pursuant to paragraph IV.H of the Plan.

      b. (X) Attorney fees shall be paid after all necessary equal monthly payments on secured continuing claims, secured claims, assumed executory contract/ unexpired lease claims which is a modification of paragraph IV.H.

2. Any other provision not specifically changed by this (or any prior) amendment remains in full force and effect.

3. There is no adverse impact to any party by this amendment, therefore, this Amendment will not be served on the matrix.

    Respectfully submitted,

    SAVAGE LEGAL GROUP, PC

    By: /s/ Kimberly L. Savage
    Kimberly L. Savage (P68267)
    Attorney for Debtor
    1483 Haslett Road
    Haslett, Michigan 48840
    (517) 515-5000

Dated: March 2, 2020