UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:

PEGGY ANN GALLANDT,

                Debtors.

Chapter 13
Case No. 19-03789-swd
Honorable Scott W. Dales
Filed: September 5, 2019

_____ /

**NOTICE OF MOTION TO APPROVE FIRST POST-CONFIRMATION**
**AMENDMENT TO CHAPTER 13 PLAN**

The Debtor, Peggy Ann Gallandt, has filed papers with the court seeking an Order to approve her first Post-Confirmation Amendment to Chapter 13 Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Debtor's Motion, or if you want the court to consider your views on the motion, within 21 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:

**United States Bankruptcy Court**
1 Division Ave NW, Room 200
Grand Rapids, Michigan 49503

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.[1]

You must also send a copy to:

| | |
|---|---|
| Kimberly L. Savage (P68267) | Barbara Foley, Chapter 13 Trustee |
| Savage Legal Group, PC | P.O. Box 51109 |
| 1483 Haslett Road | Kalamazoo, Michigan 49005 |
| Haslett, Michigan 48840 | |

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

_____

[1] Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

| | | |
|---|---|---|
| Date: March 2, 2020 | Signature | /s/ Kimberly L. Savage |
| | Name | Kimberly L. Savage (P68267) |
| | Address | Savage Legal Group, PC |
| | | 1483 Haslett Road |
| | | Haslett, Michigan 48840 |
| | | (517) 515-5000 |
| | | kim@savagelegalgroup.com |