**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

In re:

PEGGY ANN GALLANDT,

Chapter 13
Case No. 19-03789-swd
Honorable Scott W. Dales

Debtors.

_____ /

**ORDER GRANTING DEBTOR'S MOTION TO AMEND CHAPTER 13 PLAN**
PRESENT: HON. SCOTT W. DALES, Bankruptcy Judge

The Debtor, Peggy Ann Gallandt, having filed the First Post-Confirmation Amendment to Chapter 13 Plan and either no objections have been filed or all objections have been withdrawn or resolved, or a hearing having been held herein, and it appearing to the Court that good cause exists for the relief requested by the Debtor, and the Court being otherwise advised, NOW THEREFORE,

IT IS HEREBY ORDERED that:

a. The Plan shall reflect that the Debtor paid counsel $150.00 prior to filing, leaving a balance of $2,350.00 to be paid to counsel through the Plan.

b. In all other respects, the confirmed Chapter 13 Plan shall remain unchanged.

**END OF ORDER**

Prepared by:
Kimberly L. Savage (P68267)
Attorney for the Debtor
Savage Legal Group, PC
1483 Haslett Road
Haslett, Michigan 48840
(517) 515-5000