**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

In re:

PEGGY ANN GALLANDT,

Debtors.

Chapter 13
Case No. 19-03789-swd
Honorable Scott W. Dales

_____/

**CERTIFICATE OF SERVICE**

    The undersigned attorney for the Debtor hereby certifies that on the 2nd day of March, 2020, copies of the Debtor's Motion to Approve First Post-Confirmation Amendment to Chapter 13 Plan, First Post-Confirmation Chapter 13 Plan, Notice and Opportunity to Object, and this Certificate of Service were served upon the Chapter 13 Trustee via ECF email, and upon the following parties via first class mail:

Office of the US Trustee
The Ledyard Building, 2nd Floor
125 Ottawa NW, Suite 200R
Grand Rapids, Michigan 49503

Peggy Ann Gallandt
1408 Cambridge Rd.
Lansing, Michigan 48911

/s/ Kimberly L. Savage
Kimberly L. Savage